ISAAC MEYERS, Respondent, *v.* THE ANWAL REALTY CORPORATION, Appellant.

*Appeal — failure to file necessary undertaking — motion to dismiss appeal denied.*

Reported below, 218 App. Div. 762.

(Submitted March 26, 1928; decided April 3, 1928.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 13, 1927, affirming a judgment in favor of plaintiff entered upon a verdict.

The motion was made upon the ground of failure to file the required undertaking.

*Albert Adams* for motion.

*Herman M. Schaap* opposed.

Motion denied if appellant within ten days files a proper undertaking and pays ten dollars costs of motion. Otherwise granted, with costs and ten dollars costs of motion.